IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JERRY MROSS and
ELTON SMITH                                                                                           PLAINTIFFS

v.                                   Case No. 3:16-cv-00223 KGB

E&S CONTRACTING, INC., *et al.*                                                          DEFENDANTS

## ORDER

Before the Court is the motion for admission of Jackson A. Dial *pro hac vice* (Dkt. No. 82). Mr. Dial seeks to be admitted *pro hac vice* as attorney of record for defendants E&S Contracting, Inc., and Mark McDaniels. The motion complies with the requirements of Rule 83.5(d) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas. Therefore, the Court grants the motion (Dkt. No. 82).

So ordered this 5th day of July, 2017.

_____
Kristine G. Baker
United States District Judge