# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JERRY MROSS**, *et al.*                                                                 **PLAINTIFFS**

**v.**                              **Case No. 3:16-cv-00223 KGB**

**E&S CONTRACTING, INC.,** *et al.*                                                        **DEFENDANTS**

## ORDER

Before the Court are stipulations of dismissal filed by plaintiffs Jerry Mross and Elton Smith (Dkt. Nos. 98; 99). Mr. Mross and Mr. Smith inform the Court that they have resolved their claims against the defendants, meaning this action should be dismissed with prejudice. In accordance with Mr. Mross and Mr. Smith's stipulations, the Court dismisses this action with prejudice. The Court denies as moot all pending motions.

It is so ordered this 28th day of August, 2017.

Kristine G. Baker
United States District Judge